# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Civil No. – JFM-08-3258 |
| ONE 2000 JAGUAR S TYPE<br>VIN SAJDA01D4YGL38747 | * | |

******

## MEMORANDUM

The United States has filed a motion to strike the answer filed by Aaron Somerville. The motion may very well be meritorious. However, in light of the fact that Mr. Somerville's criminal trial is scheduled for July 26, 2010, the government's motion will be denied without prejudice to being renewed after the conclusion of the criminal trial.

Date: April 20, 2010

/S/
_____
J. Frederick Motz
United States District Judge

1